UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEVAKAR INJECTIBLES, INC., et al. <br><br> Defendants. | Civil Action No. 21-15524 (RMB) (KMW) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Nexus Pharmaceuticals, Inc. and Defendants Endo Ventures Limited, Par Sterile Products, LLC, and Nevakar Injectables, Inc., that a settlement has been reached between the parties. All claims and counterclaims in above-captioned action are voluntarily dismissed with prejudice, with each party responsible for its own costs and fees.

Dated:  November 12, 2021                    Dated:  November 12, 2021

s/ Justin T. Quinn                                        s/ Jason B. Lattimore
Justin T. Quinn, Esq.                                  Jason B. Lattimore
Robinson Miller LLC                                   The Law Office of Jason B. Lattimore, Esq.
Ironside Newark                                          LLC
110 Edison Place, Suite 302                       55 Madison Ave., Suite 400
Newark, New Jersey 07102                        Morristown, New Jersey
973-690-5400                                               973099807477
JQuinn@rwmlegal.com                              Jason@LattimoreLaw.com

Imron T. Aly, Esq.                                       David H. Silverstein, Esq.
Kevin M. Nelson, Esq.                               Aziz Burgy, Esq.
Schiff Hardin LLP                                      Axinn, Veltrop & Karkrider LLP
233 South Wacker Drive, Suite 7100        114 West 47th Street
Chicago, Illinois 60606                              New York, New York 10036

*Attorneys for Plaintiff*                              *Attorneys for Defendants*